**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                                 Date: 2/22/2023
**JUDGE: JOHN MICHAEL VAZQUEZ**
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

DOCKET #20-680

UNITED STATES OF AMERICA
       vs.

Byron Briceno

**APPEARANCES:**

Alexandra Tsakopoulos, AUSA
James Lisa, Esq. for Defendant
Saverio Viggiano, AFPD as standby counsel
Defendant present by ZOOM video conferencing.

**Nature of Proceedings**:     STATUS CONFERENCE

Defendant sworn.
Interpreter: Irene Caramuta
Status conference held regarding the continued representation by attorney Lisa.
Court appointed the AFPD office to represent the defendant pending decision on representation.

**Time Commenced:** 3:00
**Time Adjourned:** 4:00
**Total Time:** 1:00

                                              RoseMarie Olivieri
                                            SENIOR COURTROOM DEPUTY